IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH DAKOTA, CENTRAL DIVISION

| | |
|---|---|
| INSTITUTE FOR FREE SPEECH,<br><br> *Plaintiff*,<br><br>  *v*.<br><br>MARTY JACKLEY, in his official capacity as South Dakota Attorney General, and<br><br>SHANTEL KREBS, in her official capacity as South Dakota Secretary of State,<br><br> *Defendants*. | CIV. 18-3017<br><br>**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

  Plaintiff Institute for Free Speech hereby moves pursuant to Rule 65 of the Federal Rules of Civil Procedure for a preliminary injunction and, to preserve the status quo pending the determination of its motion for a preliminary injunction, a temporary restraining order against enforcement of SDCL § 12-27-1 and SDCL 12-27-16.

  As set forth in the accompanying Verified Complaint and Brief in Support of Temporary Restraining Order and Preliminary Injunction, (1) Plaintiff is likely to succeed on the merits; (2) Plaintiff will suffer an immediate and irreparable harm if Plaintiff's Motion is denied; (3) the balance of harm tips decidedly in Plaintiff's favor; and (4) granting temporary injunctive relief serves the public interest.  Plaintiff is therefore entitled to an immediate injunction and respectfully requests that this Court grant its motion for a preliminary injunction and, if necessary, a temporary restraining order.

  Pursuant to Local Rule 7.1.C, Plaintiff requests oral argument on this Motion.

Dated this 9th day of October, 2018.

        Respectfully submitted,

        REDSTONE LAW FIRM LLP


        _/s/ Jon Hansen_____
        Jon Hansen
        Lisa M. Prostrollo
        101 N. Phillips Ave., Suite 402
        P.O. Box 1535
        Sioux Falls, SD 57101-1535
        Telephone: (605) 331-2975
        Facsimile: (605) 331-6473
        jon@redstonelawfirm.com
        lisa@redstonelawfirm.com


        Allen Dickerson
        Parker Douglas
        Institute for Free Speech
        124 S. West Street, Suite 201
        Alexandria, VA 22314
        Telephone: (703) 894-6800
        Facsimile: (703) 894-6811
        adickerson@ifs.org
        pdouglas@ifs.org
        *Admission* Pro Hac Vice *pending*

       *Counsel for Plaintiff Institute for Free Speech*